| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>V.<br>**German Gomez-Aecala,**<br>aka Jose Francisco Vasquez-Morales<br>DOB: 1981; Mex. Citizen<br><br>FILED ___ RECEIVED ___ LODGED ___ COPY<br>MAR 3 2011<br>CLERK U S DISTRICT COURT<br>DISTRICT OF ARIZONA<br>BY_____ DEPUTY | DOCKET NO.<br>**VICTIM CASE**<br><br>MAGISTRATE'S CASE NO.<br>**11-03253M-** |
| Complaint for violation of Title 21 United States Code §§ 841(a)(1) & (b)(1)(B)(vii)<br>Title 18 United States Code §§ 111(a)(1) and 111(b) | |

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

<u>Count 1</u>

On or about March 2, 2011, at or near Nogales, in the District of Arizona, **German Gomez-Aecala,** did knowingly and intentionally possess with intent to distribute 100 kilograms or more but less than 1,000 kilograms of marijuana, that is, approximately 143 kilograms of marijuana, a Schedule I controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841 (b)(1)(B)(vii).

<u>Count 2</u>

On or about March 2, 2011, at or near Nogales, in the District of Arizona, **German Gomez-Aecala**, did forcibly assault, resist, oppose, impede, intimidate and interfere with Agent Karl Karabanoff, an officer and employee of the United States Border Patrol, while said officer was engaged in the performance of his official duties; and which resulted in the infliction of bodily injury; all in violation of Title 18, United States Code, Section 111(a), enhanced by Title 18, United States Code, Section 111(b).

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

On March 2, 2011, a United States Border Patrol agent operating a scope watched several subjects loading narcotics bundles into a grey sport utility vehicle near Kino Springs, east of Nogales, Arizona. U.S. Border Patrol agents responded to the area and attempted to initiate a stop of the vehicle. The vehicle failed to yield and proceeded in excess of the posted speed limit. The vehicle led U.S. Border Patrol and Immigration and Customs Enforcement (ICE) agents on a chase through Nogales, Arizona. Near the Port of Entry on Mariposa Road, the driver, later identified as **German Gomez-Aecala**, rammed his vehicle into an ICE vehicle at such a high rate of speed that he broke the ICE vehicle's axle. Agent Karl Karabanoff was in the vehicle and suffered an ankle injury. **German Gomez-Aecala** blew out his tire during this maneuver and was arrested. A search of his vehicle revealed approximately 143 kilograms of marijuana. **Gomez-Aecala** admitted that he crossed into the United States from Mexico illegally with the group of marijuana backpackers and that the load vehicle was left for him with the keys in the ignition and a cellular phone that would be used to guide him to the delivery location.

**MATERIAL WITNESSES IN RELATION TO THE CHARGE:**

| REC: DETENTION<br>Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.<br>Meister/kc<br>AUTHORIZED BY: AUSA *[signature]* | SIGNATURE OF COMPLAINANT<br>*[signature]*<br><br>OFFICIAL TITLE<br>Task Force Officer (TFO) |
|---|---|
| Sworn to before me and subscribed in my presence. | |
| SIGNATURE OF MAGISTRATE JUDGE[1]<br>*[signature]* | DATE<br>March 3, 2011 |

[1] See Federal rules of Criminal Procedure Rules 3 and 54